VICTOR MELNECHUCK et al., Plaintiffs, *v.* TIMOTHY CHEMKOWITZ et al., Constituting the Church Committee of the Russian Greek Orthodox National Church of the Holy Trinity, et al., Defendants.

ADAM PHILIPPOVSKY, Individually and as Ruling Bishop of the Russian Orthodox Church, Appellant, *v.* PLATON ROZDESTVENSKY et al., Respondents.

MAURICE B. GLUCK, Appellant.

(2 cases.)

*Appeal — failure to file an undertaking — motion to dismiss appeal granted.*

*Melnechuck* v. *Chemkowitz,* 218 App. Div. 727, appeals dismissed.

(Submitted March 28, 1927; decided April 5, 1927.)

MOTION in each of the above-entitled cases to dismiss an appeal from an order of the Appellate Division of the

34

Prepared by State Reporter from Appeal Papers

Supreme Court in the first judicial department, entered October 29, 1926, which affirmed an order of Special Term adjudging appellants herein in contempt of court.

The motion was made upon the ground of failure to file an undertaking as required by section 593 of the Civil Practice Act.

*Chas. J. Katzenstein* and *Thomas H. Mahony* for motion.

*Maurice B. Gluck* opposed.

Each motion granted and appeals dismissed, with costs and ten dollars costs of motion.